FILED  
United States Court of Appeals  
Tenth Circuit  

November 20, 2013  

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

GARRY FRANKLIN GARRETT,

    Plaintiff - Appellant,

v.

RECONTRUST COMPANY, N.A.,

    Defendant - Appellee.

No. 12-4060

_____

**ORDER**

_____

Before **GORSUCH**, **EBEL**, and **O'BRIEN**, Circuit Judges.

_____

    This matter is before the court on Appellee's "Motion for Publication of Opinion."

Upon review and consideration, the motion is denied.

                                      Entered for the Court

                                      ELISABETH A. SHUMAKER, Clerk